FILED

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty

2022 JUN -3 AM 11:57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: Uh

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>Calvarsi Shamar Webb<br>PLAINTIFF | CASE NUMBER:<br>**MJ 22-02195**<br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on **6/3/22** at **1030** ☒ AM ☐ PM
   or
   The defendant was arrested in the **C** District of **CA** on **6/3/22** at **1030** ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   **18 USC 1349; 1344 § 2; 1028A**

5. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required: ☒ No   ☐ Yes   Language: _____

7. Year of Birth: **1997**

8. Defendant has retained counsel: ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: **Duty Officer**

10. Remarks (if any): _____

11. Name: **Almengor** (please print)

12. Office Phone Number: **213 620-7676**   13. Agency: **USMS**

14. Signature: _(signed)_   15. Date: **6/3/22**

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION